NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Wesley Ricks
Louisiana State Prison DOC No. 499599
17544 Tunica Trace
Angola La 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 22, 2023

**REHEARING ACTION: June 22, 2023**

**Docket Number: 22   00792-KH**

**STATE OF LOUISIANA**
**VERSUS**
**FREDDIE J. MCZEAL**
**(IN RE: REQUEST FOR DOCUMENTS BY WESLEY RICKS)**

**Writ Application from Iberia Parish Case No. 26143**

**BEFORE JUDGES:**

　　**Hon. Candyce G. Perret**
　　**Hon. Jonathan W. Perry**
　　**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Wesley Ricks** is:

　　**REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent